AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: May 19, 2022

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STEPHANIE RUSSELL | ) | Case No. |
| | ) | 3:22-mj-305 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 2021 to May 19, 2022** in the county of **Jefferson** in the **Western** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1958 | Use of interstate commerce facilities in commission of murder-for-hire |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Mariola Hernandez, FBI
*Printed name and title*

Sworn to before me by telephone or other reliable electronic means.

Date: May 19, 2022

*Judge's signature*

City and state: Louisville, Kentucky

Regina S. Edwards, U.S. Magistrate Judge
*Printed name and title*