FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____May 19, 2022_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN THE MATTER OF THE ARREST OF
**STEPHANIE M. RUSSELL**
**7612 WOLFSPRING COURT**
**LOUISVILLE, KENTUCKY  40241**

Case No. __3:22-mj-305__

**Filed Under Seal**

## MOTION TO SEAL

Comes the United States of America, by counsel, Michael A. Bennett, United States Attorney for the Western District of Kentucky, and moves the Court for an Order sealing the Criminal Complaint, supporting affidavit, arrest warrant, and material relating to the herein matter dated May 19, 2022, until the warrant is executed and the Defendant has first appeared in Court before the Magistrate Judge.  No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

___/s/ Marisa J. Ford_____
Marisa J. Ford
Assistant U.S. Attorney
717 W. Broadway
Louisville, KY  40202
(502) 582-5911
Marisa.ford@usdoj.gov