UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF<br>**STEPHANIE M. RUSSELL**<br>**7612 WOLFSPRING COURT**<br>**LOUISVILLE, KENTUCKY  40241** | Case No.   3:22-mj-305<br><br>**Filed Under Seal** |

## ORDER

Upon motion of the United States of America, by counsel, Michael A. Bennett, United States Attorney for the Western District of Kentucky; and the Court being sufficiently advised,

It is hereby ORDERED that the Criminal Complaint, supporting affidavit, arrest warrant, and any other material relating to the above matter and the contents thereof are sealed.  No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

*[Signature]*
Regina S. Edwards, Magistrate Judge
United States District Court

May 19, 2022

**ENTERED**
James J. Vilt Jr., Clerk
5/19/2022
U.S. District Court
Western District of Kentucky