## United States District Court
## Western District of Kentucky
## at Louisville

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**VS.**                 **CRIMINAL ACTION NUMBER: 3:22-MJ-305-RSE**

**STEPHANIE RUSSELL**                                       **DEFENDANT**

### ORDER ON INITIAL APPEARANCE

On May 20, 2022, Regina S. Edwards, United States Magistrate Judge held an initial appearance on this matter via video conference. Assistant United States Attorney Marisa Ford appeared on behalf of the United States. The defendant was present from Oldham County Detention Center. Scott Cox and Coleman Cox, retained counsel, appeared on behalf of the defendant. The proceeding was recorded by Becky Boyd, Official Court Reporter.

The defendant, through counsel, consented to proceed with this hearing via video conference.

Upon motion of the United States to unseal the Complaint,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Complaint is **UNSEALED**.

The Court reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The defendant acknowledged her identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein and was advised of her rights.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that a preliminary and detention hearing is scheduled for **May 24, 2022, at 11:00 a.m.** in person, before Regina S. Edwards, United States Magistrate Judge. The defendant is **remanded** to the custody of the United States Marshals Service pending further order of the Court.

:15

May 24, 2022

Regina S. Edwards, Magistrate Judge
United States District Court