UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CRIMINAL ACTION NO. 3:22MJ-305-RSE |
| STEPHANIE RUSSELL | DEFENDANT |

### ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge on May 24, 2022, for a preliminary and detention hearing. Assistant United States Attorney Marisa Ford appeared on behalf of the United States. The defendant was present, in custody, with Scott Cox, Coleman Cox, and David Mour, retained counsel. The proceeding was digitally recorded.

At the request of defendant, a preliminary hearing was held. The Court heard sworn testimony of a witness and arguments of counsel and for the reasons stated on the record, found probable cause to believe the defendant committed the offense charged in the Complaint.

The Court heard arguments by counsel as to the matter of detention and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant be **detained** and remanded to the custody of the United States Marshals Service pursuant to an Order of Detention to be entered into the record.

**IT IS FURTHER ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **June 16, 2022, at 9:30 a.m.** via video conference before the Honorable Regina S. Edwards, United States Magistrate Judge

2:30

Regina S. Edwards, Magistrate Judge
United States District Court

May 25, 2022